**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Cause No.: 4:24-cv-00037 |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| JAMES STOUT, et al., | ) ) | |
| Defendants. | ) | |

**STIPULATION FOR DISMISSAL**

Plaintiff State Farm Fire and Casualty Company and Defendants James Stout, K.B.S., a minor and K.B.A.S., a minor, hereby stipulate to the dismissal of this action ***with prejudice*** and with each party bearing its own costs and fees.

KUHLMAN & LUCAS LLC

By: /s/ Bradley Kuhlman (with consent)
   Bradley Kuhlman #42596
   Jamie A. Rodriguez #72198
   4700 Belleview Ave., Ste. 300
   Kansas City, MO 64112
   brad@kuhlmanlucas.com
   jamie@kuhlmanlucas.com
Attorneys for **DEFENDANTS**

HEPLERBROOM LLC

By: /s/ Patrick A. Bousquet
   Patrick A. Bousquet #577290MO
   Patrick.bousquet@heplerbroom.com
   Peter A. Houser #712780MO
   Peter.houser@heplerbroom.com
   701 Market Street, 14th Floor
   St. Louis, MO 63101
   Attorneys for **PLAINTIFF**



So Ordered
Aug 14, 2024

**PROOF OF SERVICE**

I hereby certify that on August 14, 2024, this document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Patrick A. Bousquet